[Sac. No. 1694.   Department Two.—September 21, 1910.]

## JAMES BEN ALCORN et al., Appellants, v. C. A. HOWARD et al., Respondents.

Judgment and order affirmed, in an action to quiet title, on the authority
  of *Alcorn* v. *Gieseke, ante,* p. 396.

APPEAL from a judgment of the Superior Court of San
Joaquin County and from an order refusing a new trial. W.
B. Nutter, Judge.

The facts are stated in the opinion of the court.

Wm. Craig, and J. F. Ramage, for Appellants.

S. M. Spurrier, and Nicol & Orr, for Respondents.

THE COURT.—Plaintiffs appeal from the judgment in
favor of the defendant and from an order denying their
motion for a new trial. This action was brought to quiet title
to a tract of land in San Joaquin County, and involves the
validity of a conveyance made by one Kyle as attorney in fact
for plaintiffs and one Sebree to Olive A. Jennings, under
whom defendant claims.

This appeal presents practically the same questions as are
involved in the case of *Alcorn* v. *Gieseke* (Sac. No. 1693),
*ante,* p. 396, [111 Pac. 98], this day decided, affirming the
judgment and order of the trial court. The defendants in
both cases claim under Jennings to two separate portions of
a larger tract conveyed to her by the deed whose validity is
involved, and on the authority of *Alcorn* v. *Gieseke* the judg-
ment and order in the present appeal are affirmed.

Hearing in Bank denied.